IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RACHAEL MCCARTNEY GANN, #190105, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:09cv538-ID |
| | ) | |
| CYNTHIA WHEELER-WHITE, WARDEN, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AND OPINION**

On June 19, 2009, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 2). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U.S.C. § 2241(d).[1]

Done this the 10th day of July, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In transferring the instant case, this court makes no determination regarding the merits of petitioner's claim for relief nor whether she has exhausted available state court remedies prior to filing a fe3deral habeas petition as required by 28 U.S.C. § 2244(b)(1)(A).